IRVING RABINOW, Respondent, v. H. L. F. REALTY CO., INC., Appellant.— Pursuant to the stipulation the appeal is discontinued, without costs to either party as against the other. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

LUC ROCHEFORT, Respondent, v. JAMES A. STILLMAN, Appellant, and EMILY M. BAKER, Defendant. (Appeal No. 1.) — In view of the decision of appeal No. 2 herein (post, p. 559), decided herewith, the appeal from the order denying defendant Stillman's motion to vacate plaintiff's note of issue and to strike said issue from the calendar is dismissed, without costs. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.

LUC ROCHEFORT, Respondent, v. JAMES A. STILLMAN, Appellant, and EMILY M. BAKER, Defendant. (Appeal No. 2.) — Order denying on condition appellant's motion to dismiss complaint for lack of prosecution reversed upon the law and the facts, with ten dollars costs and disbursements, motion granted and complaint dismissed, with costs. Plaintiff commenced this action to recover damages for alienation of his wife's affections in November, 1932, issue being joined in December, 1932. No note of issue was filed or served until May, 1935, and in the meantime younger issues were reached in regular calendar order and tried. Plaintiff's only excuse for his neglect to proceed to trial is lack of funds. Since plaintiff might have applied for leave to sue as a poor person, the excuse given is unreasonable and the complaint must be dismissed. (Rules Civ. Prac. rule 156; Civ. Prac. Act, § 181; Armstrong v. Star Co., 154 App. Div. 320.) Scudder, Tompkins and Johnston, JJ., concur; Lazansky, P. J., and Davis, J., dissent and vote to affirm.

ROSENWASSER BROS., INC., Respondent, v. ELMER H. PLAGE, Appellant.— Order denying defendant's motion to open his default in answering and to vacate the judgment entered in favor of the plaintiff and against the defendant affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

DOROTHY ST. ORMOND, Respondent, v. ANNA A. BREUNICH, Appellant.— Order of the City Court of Mount Vernon granting summary judgment to plaintiff and judgment entered thereon reversed on the law and the facts, without costs, and motion denied, without costs. We are of opinion that it is incumbent upon plaintiff as an assignee to prove that the defendant's right in and to a possible surplus, as contemplated under the North Carolina statutes, has not been prejudiced by reason of the assignment. The purported appeal from the order entered April 10, 1935, denying defendant's motion to dismiss the complaint for insufficiency and for lack of capacity to sue is dismissed, the appeal not being timely. Young, Hagarty, Carswell, Davis and Johnston, JJ., concur.